# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TROPICAL POOLS & PALMS,
L.L.C.

NO.   2023 CW 0687

VERSUS

CATHERINE AND RICK HOOD

**AUGUST 28, 2023**

---

In Re:   Tropical   Pools   &   Palms,   L.L.C.,   applying   for
supervisory   writs,   22nd   Judicial   District   Court,
Parish of St. Tammany, No. 2019-10119.

---

**BEFORE:   WELCH, HOLDRIDGE, AND WOLFE, JJ.**

   **WRIT DENIED.**

                              **JEW**
                              **GH**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT